Peter E. Soskin (CA SBN 280347)
peter.soskin@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: 415 882 8200
Fax: 415 882 8220

Benjamin E. Weed (IL SBN 6294052)
benjamin.weed@klgates.com
Philip A. Kunz (IL SBN 6297002)
philip.kunz@klgates.com
Gina A. Johnson (IL SBN 6320853)
gina.johnson@klgates.com
James A. Shimota (IL SBN 6270603)
james.shimota@klgates.com
Amanda C. Maxfield (IL SBN 6336337)
amanda.maxfield@klgates.com
Melissa M. Haulcomb (IL SBN 6631368)
melissa.haulcomb@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: 312.372.1121
Fax: 312.827.8000

Darlene F. Ghavimi (TX SBN 24072114)
darlene.ghavimi@klgates.com
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859

*Attorneys for Plaintiff Koss Corporation*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---

1

PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL          21-cv-01177-CAB-JLB

| | |
|---|---|
| KOSS CORPORATION,<br><br>        Plaintiff,<br><br>   vs.<br><br>PEAG, LLC d/b/a JLAB AUDIO,<br><br>        Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No.: 21-cv-01177-CAB-JLB<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Eric J. Halverson has left the firm of K&L Gates LLP and is no longer counsel of record for Plaintiff and Counter-Defendant KOSS CORPORATION in this action and should be removed from the Court's electronic notification system and from the parties' service list for this action. KOSS CORPORATION continues to be represented by its remaining counsel of record from K&L Gates LLP.

Dated:  May 20, 2022

Respectfully submitted,

By: */s/ Peter E. Soskin*
    Peter E. Soskin
    Benjamin E. Weed
    Philip A. Kunz
    Gina A. Johnson
    James A. Shimota
    Amanda C. Maxfield
    Melissa M. Haulcomb
    Darlene F. Ghavimi

**Attorneys for Plaintiff Koss Corporation**

505793485.1