Peter E. Soskin (CA SBN 280347)
peter.soskin@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: 415 882 8200
Fax: 415 882 8220

Benjamin E. Weed (IL SBN 6294052)
benjamin.weed@klgates.com
Philip A. Kunz (IL SBN 6297002)
philip.kunz@klgates.com
Gina A. Johnson (IL SBN 6320853)
gina.johnson@klgates.com
James A. Shimota (IL SBN 6270603)
james.shimota@klgates.com
Amanda C. Maxfield (IL SBN 6336337)
amanda.maxfield@klgates.com
Melissa M. Haulcomb (IL SBN 6631368)
melissa.haulcomb@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: 312.372.1121
Fax: 312.827.8000

Darlene F. Ghavimi (TX SBN 24072114)
darlene.ghavimi@klgates.com
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859

*Attorneys for Plaintiff Koss Corporation*

Jayson M. Lorenzo, Esq. SBN 216973
Ryan J. Altomare, Esq. SBN 306581
**J. Lorenzo Law**
2292 Faraday Ave., Ste. 100
Carlsbad, CA 92008
Tel. (760) 560-2515
Fax (760) 520-7900

*Attorneys for Defendant PEAG, LLC
d/b/a JLAB AUDIO*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOSS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>PEAG, LLC d/b/a JLAB AUDIO,<br><br>    Defendant. | Case No.: 21-cv-01177-CAB-JLB<br><br>**JOINT STATUS UPDATE** |

Pursuant to the Court's Order Granting Defendant PEAG, LLC d/b/a JLab Audio's ("JLab" or "Defendant") Motion to Stay (ECF Nos. 30, 40), Plaintiff Koss Corporation ("Koss") and Defendant PEAG, LLC d/b/a JLAB AUDIO ("JLab") hereby submit this joint status update regarding various Patent Trial and Appeal Board ("PTAB") proceedings.

On June 25, 2021, Koss filed this action against JLab based on JLab's infringement of U.S. Patent Nos. 10,206,025 ("the '025 Patent"), 10,368,155 ("the '155 Patent"), 10,491,982 ("the '982 Patent"), and 10,506,325 ("the '325 Patent") (collectively, "the Patents-in-Suit").

On October 5, 2021, this Court granted JLab's motion to stay pending *inter partes* review ("IPR") based on IPR petitions filed by Apple Inc. and Bose Corp. (ECF No. 40). As of the filing of this status update, each of these IPRs has either had institution denied or has received a Final Written Decision ("FWD"). Thus, there are no IPRs pending for any of the Patents-in-Suit. The details and conclusions of each IPR are as follows:

On September 13, 2022, the Patent Trial and Appeal Board ("PTAB") issued a FWD regarding the '025 Patent in IPR2021-00612. The PTAB found that Claims 1–3, 6, 8, 10–13, 16, 18, 20–22, 25, 27, 29–31, 34, 36, 38–43, 46, 48, and 51–56 are directed to unpatentable subject matter and did not find that claims 4, 5, 7, 9, 14, 15,

17, 19, 23, 24, 26, 28, 32, 33, 35, 37, 44, 45, 47, 49, and 50 are directed to unpatentable subject matter. The date to appeal this IPR has not yet passed. The PTAB previously denied institution in IPR2021-00546, IPR2021-00626, and IPR2022-00053, also challenging the '025 Patent.

On May 31, 2022, the PTAB issued a FWD regarding the '155 Patent in IPR2021-00297. The PTAB concluded that all claims of the '155 Patent are directed to unpatentable subject matter. Koss has appealed this IPR.

On June 27, 2022, the PTAB issued a FWD regarding the '982 Patent in IPR2021-00381. The PTAB found that claims 1–5 and 14–18 are directed to unpatentable subject matter and did not find that claims 19 and 20 are directed to unpatentable subject matter. Koss has appealed this IPR. The PTAB previously denied institution in IPR2021-00686, also challenging the '982 Patent.

On May 31, 2022, the PTAB issued a FWD regarding the '325 Patent in IPR2021-00305. The PTAB found that claims 1–4, 9, 10, and 14–17 are directed to unpatentable subject matter and did not find that claim 18 is directed to unpatentable subject matter. Koss has appealed this IPR. The PTAB previously denied institution in IPR2021-00679, also challenging the '325 Patent.

Dated: September 28, 2022

Respectfully submitted,

K&L GATES LLP

By: /s/ Benjamin E. Weed
    Peter E. Soskin
    Benjamin E. Weed
    Philip A. Kunz
    Gina A. Johnson
    James A. Shimota
    Amanda C. Maxfield
    Melissa M. Haulcomb
    Darlene F. Ghavimi

**Attorneys for Plaintiff Koss Corporation**

| | | |
|---|---|---|
| 1 | Dated:  September 28, 2022 | J. LORENZO LAW |
| 2 | | By: /s/ Ryan J. Altomare |
| 3 | | Jayson M. Lorenzo<br>Ryan J. Altomare |
| 4 | | **Attorneys for PEAG, LLC d/b/a JLab Audio** |

### Representation of Consent

I certify that the content of the document is acceptable to all persons required to sign the document by obtaining consent for the electronic signatures of all parties on the document.

Dated:  September 28, 2022        Respectfully submitted,

By: /s/ Benjamin E. Weed
    Benjamin E. Weed