# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Koss Corp. v. PEAG, LLC**   Case Number: **21-cv-1177-CAB-JLB**

Hon. Cathy Ann Bencivengo   Ct. Deputy Lori Hernandez   Rptr Tape: [Reporter Tape]

The Court requests the Parties file a joint report on the status of the patents-at-issue in this case by **September 6, 2024**.

It is **so ORDERED.**

Date: August 28, 2024   Initials: SLM