# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Koss Corp. v. PEAG, LLC**          Case Number: **21-cv-1177-CAB-JLB**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: [Reporter Tape]

The parties have requested that the Court continue the stay order in this case in light of Plaintiff's pending petitions for rehearing before the Federal Circuit. The Court **ORDERS** that this case remain stayed. The parties are **ORDERED** to file a joint status report by Mar. 10, 2025.

It is **so ORDERED.**

Date: September 9, 2024                                                                                  Initials: SDD