Erik Halverson (CA SBN 333492)
Erik.Halverson@klgates.com
K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
Tel: 415-882-8200
Fax: 415-882-8220

Benjamin E. Weed (IL SBN 6294052)
ben@bewlawyer.com
BEW LLC
5336 Lyman Ave.
Downers Grove, IL 60515
Tel: 847-456-1430

Jayson M. Lorenzo, Esq. (CA SBN 216973)
jayson@jlorenzolaw.com
J. Lorenzo Law
2292 Faraday Ave., Ste 100
Carlsbad, CA 92008
Tel: 760-560-2515
Fax: 760-520-7900

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOSS CORPORATION,<br><br>    Plaintiff,<br>    vs.<br><br>PEAG, LLC d/b/a JLAB AUDIO,<br><br>    Defendant. | Case No.: 21-cv-01177-CAB-JLB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1   Plaintiff Koss Corporation ("Plaintiff") and Defendant PEAG, LLC d/b/a

2   JLab Audio ("Defendant") have agreed to resolve their disputes, and have thus

3   agreed to dismiss all remaining claims of the above-captioned matter *with*

4   *prejudice*.

5

6   Dated: November 25, 2025              Respectfully Submitted,

7                                        */s/ Erik J. Halverson*
                                         Erik J. Halverson (CA SBN 333492)
8                                        K&L Gates LLP
                                         Erik.Halverson@klgates.com
9                                        Four Embarcadero Center
                                         Suite 1200
10                                       San Francisco, CA 94111

11                                       Benjamin E. Weed (IL SBN 6294052)
                                         BEW LLC
12                                       ben@bewlawyer.com
                                         5336 Lyman Ave.
13                                       Downers Grove, IL 60515

14                                       *Counsel for Plaintiff Koss Corporation*

15                                       */s/ Jayson M. Lorenzo*
                                         Jayson M. Lorenzo
16                                       J. Lorenzo Law
                                         jayson@jlorenzolaw.com
17                                       2292 Faraday Ave., Ste 100
                                         Carlsbad, CA 92008
18
                                         *Counsel for Defendant PEAG LLC*
19                                       *d/b/a JLab Audio*

20

21

22

23

24

25

26

27

1
JOINT STIPULATION OF DISMISSAL

## **SIGNATURE ATTESTATION**

Pursuant to Section 2(f)(4) of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

*/s/ Erik J. Halverson*
Erik J. Halverson (CA SBN 333492)
*Counsel for Plaintiff Koss Corporation*

2
JOINT STIPULATION OF DISMISSAL