UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOSS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>PEAG, LLC d/b/a JLAB AUDIO,<br><br>    Defendant. | Case No.: 3:21-cv-1177-CAB-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. No. 60]** |

On November 25, 2025, the parties jointly moved to dismiss all remaining claims in this case with prejudice.  The Court **GRANTS with prejudice** the motion to dismiss.

It is **SO ORDERED**.

Dated:  December 1, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge